Approved.
s/ Benita Y. Pearson on 5/5/2011
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GOJO INDUSTRIES, INC., | Civil No. 5:11-cv-00267-BYP |
| Plaintiff, | |
| v. | Judge Benita Y. Pearson |
| LIMITED BRANDS, INC. | |
| and | |
| BATH & BODY WORKS BRAND MANAGEMENT, INC., | |
| Defendants. | |

### NOTICE OF DISMISSAL

Now comes Plaintiff GOJO Industries, Inc. and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismisses this action with prejudice, Defendants having neither answered nor served a motion for summary judgment herein.

Respectfully submitted,

**GOJO INDUSTRIES, INC.**

By: /s:/Ray L. Weber
Ray L. Weber         (0006497)
Laura J. Gentilcore  (0034702)
Mark L. Weber        (0072078)
Renner, Kenner, Greive, Bobak, Taylor & Weber
106 S. Main Street
4th Floor, First National Tower
Akron, Ohio 44308
Telephone: (330) 376-1242
Facsimile: (330) 376-9646

1

**CERTIFICATE OF SERVICE**

      Defendants having not appeared in this action, and therefore not being subject to electronic service through the Court's electronic filing system, a true copy of the foregoing **NOTICE OF DISMISSAL** was served by first class mail, postage prepaid, this 26th day of April, 2011, upon counsel for Defendants:

Michael J. Zinna
WARD & OLIVO
380 Madison Avenue
New York, New York 10017.

                                                                                            /s/Ray L. Weber